IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:26-cr-00187-PAB |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | REUBEN J. SHEPERD |
| COMECIA ROSS, | ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| Defendant. | ) | |

Judge Pamela A. Barker referred this matter to the undersigned, pursuant to General

Order 99-49 for purposes for receiving, on consent of the parties, the defendant's offer of a plea

of guilty on the Information, conducting the colloquy prescribed by Fed. R. Crim. P. 11, causing

a verbatim record of the proceedings to be prepared, referring the matter, if appropriate, for

presentence investigation, and submitting a Magistrate Judge's Report and Recommendation

stating whether the plea should be accepted and a finding of guilty entered. The following, along

with the transcript or other record of the proceedings submitted herewith, constitutes the

Magistrate Judge's Report and Recommendation concerning the plea of guilty proffered by the

defendant.

1. On June 4, 2026, the defendant, accompanied by counsel, proffered a plea of
   guilty as to Count 1 of the Information.

2. Prior to such proffer, the defendant was examined as to her competency, advised
   of the charge and consequences of conviction, informed that the Court would,
   after considering  a pre-sentence investigation report, impose a sentence that is no

greater than necessary to meet the requirements of 18 U.S.C. § 3553 et seq and authorized by law,  notified of her rights, advised that she was waiving all her rights except the right to counsel, and, if such were the case, her right to appeal, and otherwise provided with the information prescribed in Fed. R. Crim. P. 11.

3.     The parties and counsel informed the court about a plea agreement between the parties. The undersigned was advised that, aside from such agreement as described or submitted to the court, no other commitments or promises have been made by any party, and no other agreements, written or unwritten, have been made between the parties.

4.     The undersigned questioned the defendant under oath about the knowing, intelligent, and voluntary nature of the plea of guilty, and finds that the defendant's plea was offered knowingly, intelligently, and voluntarily.

5.     The parties provided the undersigned with sufficient information about the charged offense and the defendant's conduct to establish a factual basis for the plea.

In light of the foregoing and the record submitted herewith, the undersigned finds that the defendant's plea was knowing, intelligent, and voluntary, and that all requirements imposed by the United States Constitution and Fed. R. Crim. P. 11 have been satisfied.  Therefore, the undersigned recommends that the plea of guilty be accepted and a finding of guilty be entered by the Court.

Dated: June 4, 2026

Reuben J. Sheperd
United States Magistrate Judge

_____

## OBJECTIONS

ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of receipt of this notice.  Fed. R. Crim. P. 59.  Failure to file objections within the specified time constitutes a WAIVER of the right to appeal the Magistrate Judge's recommendation. Id.